IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
23 DEC 13 PM 2:42
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| OLAJAWAUN O. GOOCH,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MISSION LANE,  )<br>)<br>Defendant.  ) | CV 323-086 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case, and **CLOSES** this civil action.

SO ORDERED this 13th day of December, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE